# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00214-CV

**Agnieszka Karolina Schvartz-Poludniewska, Appellant**

**v.**

**Clement Schvartz, Appellee**

### FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-23-002452, THE HONORABLE GARY HARGER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed an agreed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a). Our prior order under Family Code section 109.002(c) is dissolved.

_____

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Kelly and Ellis

Dismissed on Appellant's Motion

Filed: December 23, 2025